```
                    IN THE UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH AMBROSE, D.C.,

              Plaintiff,

         v.                           CIV. NO. S-08-1664 LKK/GGH

GARY COFFEY, et al.,

              Defendants.
                                    /
RICHARD SAUSEDO and
PEDRAM VAEZI,

              Plaintiffs,

         v.                           CIV. NO. S-09-1477 JAM/EFB

TRAVELERS PROPERTY AND CASUALTY
COMPANY OF AMERICA, a Corporation;
WILLIAM REYNOLDS; THE COUNTY OF
SAN JOAQUIN; JAMES C. WEYDERT;
GARY COFFEY,
                                      RELATED CASE ORDER
              Defendants.
                                    /
```

Pending before the court is a stipulation by all parties involved in two cases to relate and consolidate those cases for purposes of discovery, pursuant to Fed. R. Civ. P. 42(a) and Local Rule 83-123.  The two cases involve different plaintiffs but

1

1  identical defendants. All plaintiffs are chiropractors engaging
2  in similar practices. In each case, plaintiffs claim that
3  defendants maliciously prosecuted, falsely imprisoned, and
4  otherwise wronged plaintiffs because of plaintiffs' professional
5  activities. All parties claim that as a result of the similarity
6  between the two cases, the two will involve largely overlapping
7  discovery, such that significant costs will be saved by
8  consolidating the cases for purposes of discovery. The parties do
9  not seek consolidation for any other purpose.
10       The parties have shown that consolidation of discovery in
11 these actions is warranted. Consolidating discovery will promote
12 judicial economy, and presents little risk of confusion or
13 prejudice. See Investors Research Co. v. United States Dist. Court
14 for Central Dist. of California, 877 F.2d 777, 777 (9th Cir. 1989)
15 (decision to grant or deny consolidation is within the discretion
16 of the district court). Accordingly the court ORDERS as follows:
17      1.  The action denominated CIV. NO. 2:09-cv-01477-JAM-EFB is
18 REASSIGNED to Judge Lawrence K. Karlton and Magistrate Judge
19 Gregory G. Hollows for all further proceedings. Henceforth, the
20 caption on documents filed in the reassigned case shall be shown
21 as CIV. NO. 2:09-cv-01477-LKK-GGH.
22      2.  The Clerk of the Court make shall appropriate adjustment
23 in the assignment of civil cases to compensate for this
24 reassignment.
25      3.  The two actions are CONSOLIDATED FOR PURPOSES OF
26 DISCOVERY ONLY. This includes expert discovery. Because this

consolidation is only partial, the clerk need not merge the cases into a single file.

    4.   All dates now set in both cases are VACATED. This includes the scheduling order entered in case 2:08-cv-01664-LKK-GGH on October 17, 2008.

    5.   A scheduling conference is SET for July 6, 2009, at 11:00 a.m.

    IT IS SO ORDERED.

    DATED: June 15, 2009.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3