```
 1
 2
 3
 4
 5                  IN THE UNITED STATES DISTRICT COURT
 6                FOR THE EASTERN DISTRICT OF CALIFORNIA
 7  JOSEPH AMBROSE, D.C.,
 8                      Plaintiff,
 9          v.                            CIV. NO. S-08-1664 LKK/GGH
10  GARY COFFEY, et al.,
11                      Defendants.
                                     /
12  RICHARD SAUSEDO and
    PEDRAM VAEZI,
13
                        Plaintiffs,
14
            v.                            CIV. NO. S-09-1477 LKK/GGH
15
    TRAVELERS PROPERTY AND CASUALTY
16  COMPANY OF AMERICA, a Corporation;
    WILLIAM REYNOLDS; THE COUNTY OF
17  SAN JOAQUIN; JAMES C. WEYDERT;
    GARY COFFEY,
18
                        Defendants.
19                                   /
    MICHAEL YATES,
20
                        Plaintiff,
21
            v.                            CIV. NO. S-09-2062 FCD/DAD
22
    TRAVELERS PROPERTY AND CASUALTY
23  COMPANY OF AMERICA, a Corporation;
    WILLIAM REYNOLDS, THE COUNTY OF
24  SAN JOAQUIN; JAMES C. WEYDERT;
    GARY COFFEY,                          RELATED CASE ORDER
25
                        Defendants.
26                                   /

                                   1
```

1    Pending before the court is a notice of related cases
2 concerning Yates v. Travelers, Civ. No. 2:09-cv-02062-FCD-DAD and
3 two previously related and partially consolidated cases, CIV.2:08-
4 cv-01664-LKK-GGH and CIV. NO. 2:09-cv-01477-LKK-GGH. By order of
5 July 7, 2009 in the latter cases, this court explained that the
6 Yates case, when filed, should be related to the other two.
7 Although the latter two cases have been consolidated for purposes
8 of discovery, the parties have not yet requested such consolidation
9 as to the Yates case.

10   Accordingly the court ORDERS as follows:

11   1.  The action denominated Civ. No. 2:09-cv-02062-FCD-DAD is
12 REASSIGNED to Judge Lawrence K. Karlton and Magistrate Judge
13 Gregory G. Hollows for all further proceedings, and any dates
14 currently set in the reassigned case only, are hereby VACATED.
15 Henceforth, the caption on documents filed in the reassigned case
16 shall be shown as Civ. No. 2:09-cv-02062-LKK-GGH.

17   2.  The Clerk of the Court make shall appropriate adjustment
18 in the assignment of civil cases to compensate for this
19 reassignment.

20   3.  A status conference for all three cases is SET for
21 August 31, 2009 at 2:00 p.m.

22   IT IS SO ORDERED.

23   DATED: August 3, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT